UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO B. MORALES,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CAL A. TERHUNE, et al.,<br><br>　　　Defendants. | CIV F 00 6226 OWW WMW P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #57) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 22, 2005, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   May 4, 2005**　　　　　　　　　　 **/s/  William M. Wunderlich**
j14hj0　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE