IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENITO MORALES,

    Plaintiff,

vs.

CAL TERHUNE, et al.,

    Defendants.

                                  /

CV F 00 6226 OWW  WMW  P

FINDINGS AND RECOMMENDATION

On February 22, 2005, the court recommended dismissal of this action for failure to prosecute. On February 23, 2005, plaintiff filed a motion for extension of time to file an amended complaint. On April 22, 2005, plaintiff requested a further extension of time to file an amended complaint. On May 4, 2005, plaintiff was granted an extension of time to file an amended complaint. Plaintiff has not done so. Because there is no operative pleading, this case should be dismissed for failure to prosecute. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for plaintiff's failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within thirty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be

1

captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   June 14, 2005**                             **/s/  William M. Wunderlich**
mmkd34                                                  UNITED STATES MAGISTRATE JUDGE

2