IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENITO B. MORALES,

    Plaintiff,                                 CV F 00 6226 OWW WMW P

    vs.                                        ORDER DISMISSING ACTION

CAL TERHUNE, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On June 15, 2005, findings and recommendations were entered, recommending dismissal of this action without prejudice for failure to prosecute. Plaintiff was provided an opportunity to file objections within thirty days. On June 24, 2005, plaintiff filed a notice of voluntary dismissal. Plaintiff specifically requests dismissal pursuant to Rule 41(a)(1).

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on plaintiff's motion. The Clerk is directed to close the case.

IT IS SO ORDERED.

**Dated:   July 1, 2005**                                                   **/s/ Oliver W. Wanger**
emm0d6                                                                    UNITED STATES DISTRICT JUDGE